United States Courts Southern
District of Texas
FILED

MAR 23 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| TERRENCE JAMES BRUGGEMAN | § | C-22-185 |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about March 3, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

TERRENCE JAMES BRUGGEMAN,

did knowingly possess a machinegun, that is, a Rare Breed Triggers FRT-15.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the commission of a violation of Title 18, United States Code, Sections 922(o) and 924(a)(2), as alleged in Count One of the Indictment.

TERRENCE JAMES BRUGGEMAN,

shall forfeit to the United States any firearm(s) used in commission of the offense, including, but not limited to:

1. Six (6) machineguns, to wit: Rare Breed trigger mechanism FRT-15.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section, and 2461(c).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By: *Christopher Marin*
CHISTOPHER MARIN
Assistant United States Attorney