United States Courts Southern
District of Texas
FILED

NOV 09 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER  C-22-185-SS |
| | § | |
| TERRENCE JAMES BRUGGEMAN | § | |

## SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about March 3, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

### TERRENCE JAMES BRUGGEMAN,

did knowingly possess a machinegun, that is, six (6) Rare Breed Triggers FRT-15.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT TWO

On or about March 3, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

### TERRENCE JAMES BRUGGEMAN,

did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845(a)(7), namely a firearm silencer, as defined in Title 18, United States Code, Section 921(a)(25), to wit: MOD: BRUG9, CAL: 9mm, SN: 02BRUG09, BRUGGEMAN TRUST, Portland Tx. This firearm was required to be registered and was not in fact registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT THREE

On or about March 3, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

### TERRENCE JAMES BRUGGEMAN,

did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845(a)(7), namely a firearm silencer, as defined in Title 18, United States Code, Section 921(a)(25), to wit: a monocore baffle assembly, a main tube, end-caps, "disk"-type baffles, and wave springs. This firearm was required to be registered and was not in fact registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT FOUR

On or about March 3, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

### TERRENCE JAMES BRUGGEMAN,

did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845(a)(7), namely a firearm silencer, as defined in Title 18, United States Code, Section 921(a)(25), to wit: a black metal cylindrical device measuring approximately 28-7/8 inches in overall length, and has an outside diameter of approximately 1-3/4 inches at its major diameter not identified by a serial number as required by Title 26, United States Code, Section 5842.

In violation of Title 26, United States Code, Sections 5861(i), and 5871.

## NOTICE OF CRIMINAL FORFEITURE
### 26 U.S.C. 5872 and 28 U.S.C. §2461(c)

Pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), the United States give notice to defendant,

TERRENCE JAMES BRUGGEMAN,

That upon conviction of a violation of Title 26, United States Code, Sections 5861 and 5871, all

firearms involved in such violation are subject to forfeiture.

## PROPERTY SUBJECT TO FORFEITURE

The property subject to forfeiture includes, but is not limited to, the following property:

1. Six (6) Rare Breed Triggers FRT-15 seized on March 3, 2022, from a residence in Portland, Texas.

2. A firearm silencer identified as MOD: BRUG9, CAL: 9mm, SN: 02BRUG09, BRUGGEMAN TRUST, Portland Tx seized on March 3, 2022, from a residence in Portland, Texas.

3. A firearm silencer identified as a black metal cylindrical device measuring approximately 28-7/8 inches in overall length, and has an outside diameter of approximately 1-3/4 inches at its major diameter with no markings of identification or serial number seized on March 3, 2022, from a residence in Portland, Texas.

4. Firearm silencers, including any combination of parts, designed or redesigned, for use in assembling or fabricating a firearm silencer or firearm muffler seized on March 3, 2022, from a residence in Portland, Texas.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By: _____
LANCE WATT
Assistant United States Attorney

By: _____
JOHN G. MARCK
Assistant United States Attorney