# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                             Case Number: 2:22−cr−00185

Terrence James Bruggeman

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 11/6/2023

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Jury Trial

Date:   September 25, 2023

                                                                        Nathan Ochsner, Clerk